# EXHIBIT A

# Civil Part Case Summary

**Case Number:** UNN L-001463-26

**Case Caption:** Bryan Walters  Vs State Of New Jersey

| | | |
|---|---|---|
| **Court:** Civil Part | **Venue:** Union | **Case Initiation Date:** 03/31/2026 |
| **Case Type:** Other | **Case Status:** Active | **Jury Demand:** 6 Jurors |
| **Case Track:** 1 | **Judge:** Daniel R Lindemann | **Team:** 1 |
| **Original DED:** | **Current DED:** | **# of DED Extensions:** 0 |
| **Original Arb Date:** | **Current Arb Date:** | **# of Arb Adjournments:** 0 |
| **Original Trial Date:** | **Current Trial Date:** | **# of Trial Adjournments:** 0 |
| **Disposition Date:** | **Case Disposition:** Open | **Statewide Lien:** |

## Plaintiffs

**Walters  Bryan**

| | | |
|---|---|---|
| **Party Description:** Indigent | **Phone:** (904) 891-4840 | |
| **Address Line 1:** 9411 Osprey Branch Trail Unit 7 | | |
| **Address Line 2:** | | |
| **City:** Jacksonville | **State:** NJ | **Zip:** 32257 |
| **Attorney Name:** | | **Attorney Bar ID:** |
| **Attorney Email:** | | |

## Defendants

**State Of New Jersey**

| | | |
|---|---|---|
| **Party Description:** State Of Nj | **Phone:** | |
| **Address Line 1:** | | |
| **Address Line 2:** | | |
| **City:** | **State:** NJ | **Zip:** 00000 |
| **Attorney Name:** | | **Attorney Bar ID:** |
| **Attorney Email:** | | |

## ACMS Documents

| Filed Date | Doc Number | Document Type | Filing Party | Doc Status | CO ID | Type | Date Served | Service Status | Party Served |
|---|---|---|---|---|---|---|---|---|---|
| 03/31/2026 | 001 | COMP JRY DEMAND | BRYAN | | | | | | |
| 03/31/2026 | 002 | WAIVER OF FEES | BRYAN | | | | | | |
| 03/31/2026 | 003 | CERTIFICTN | BRYAN | | | | | | |
| 04/20/2026 | 004 | MISC OTHR AFFID | BRYAN | | | | | | |

## Case Actions

| Filed Date | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|
| 03/31/2026 | Complaint with Jury Demand for UNN-L-001463-26 submitted by BRYAN WALTERS,  on behalf of WALTERS BRYAN against STATE OF NEW JERSEY | LCV2026858716 | 04/06/2026 |
| 03/31/2026 | Affidavit Of Indigency uploaded by Case Management Staff submitted by WALTERS BRYAN | LCV2026861540 | 04/06/2026 |

| | | | |
|---|---|---|---|
| 03/31/2026 | Waiver Of Fees submitted by Court | LCV2026861565 | 04/06/2026 |
| 04/07/2026 | Summons submitted by Bryan  Walters. JEDS  EF-4080516 | LCV2026863915 | 04/07/2026 |
| 04/07/2026 | Motion submitted by Bryan  Walters. JEDS  EF-4080540 | LCV2026863928 | 04/07/2026 |
| 04/07/2026 | Summons submitted by Bryan  Walters. JEDS  EF-4080541 | LCV2026863929 | 04/07/2026 |
| 04/07/2026 | TRACK ASSIGNMENT Notice submitted by Case Management | LCV2026864290 | 04/07/2026 |
| 04/08/2026 | Deficiency Notice for Motion LCV2026863928  Other-Notice of Motion and Order do not comply. 1) Notice "To:" is blank. 2) Indication of oral argument pursuant to R. 1:6-2(d) is also blank. Please indicate whether oral argument is requested, waived or only if opposed. Please be guided by our Notice of Motion form (Catalog Number 10555). 3) Please provided Proposed Form of Order with opposed/unopposed line as well as signature line for Judge, pursuant to R.1:6-2(a). Please resubmit with corrections noted. | LCV2026881229 | 04/08/2026 |
| 04/09/2026 | Summons submitted by Staff | LCV2026895977 | 04/09/2026 |
| 04/19/2026 | Affidavit submitted by Bryan  Walters. JEDS  EF-4112763 | LCV2026983823 | 04/19/2026 |
| 04/19/2026 | Affidavit submitted by Bryan  Walters. JEDS  EF-4112780 | LCV2026983839 | 04/19/2026 |

**Bryan Walters**

**9411 Osprey Branch Trail Unit 7**

**Jacksonville, FL 32257**

**904-891-4840**

**Bryanwalters346@gmail.com**

## SUPERIOR COURT OF NEW JERSEY

## LAW DIVISION — UNION COUNTY

| | |
|---|---|
| **Bryan Walters** | **New Case** |
| Plaintiff, | Complaint |
| vs. | |
| **State of New Jersey et al.** | |
| Defendant, | |

Plaintiff Bryan Walters, by and through himself (*pro se*), files this Complaint

against Defendants, alleging violations of his federal constitutional rights pursuant

to **42 U.S.C. § 1983** and claims under the **New Jersey Tort Claims Act (NJTCA),**

**N.J.S.A. 59:1-1,** *et seq*.

## I. INTRODUCTION

1.      This action seeks redress for a series of constitutional and common law

violations stemming from Plaintiff's false arrest, assault, and subsequent malicious

prosecution at Newark Liberty International Airport, Terminal "A," Elizabeth, New Jersey, on or about February 7, 2023.

2.      Plaintiff was arrested without probable cause by Port Authority Police (and/or Elizabeth Police Department officers) for alleged disorderly conduct and obstruction of justice, despite being told moments earlier he was "**free to leave**" and "**not being detained**".

3.      The resultant malicious prosecution and the unlawful detention have caused significant damages, including severe emotional distress and the loss of his educational standing and federal grant eligibility at Florida Gulf Coast University.

## II. JURISDICTION AND VENUE

4.      This Court has jurisdiction over the federal claims pursuant to **28 U.S.C. §§ 1331** (Federal Question) and **1343** (Civil Rights).

5.      This Court has supplemental jurisdiction over the state law claims pursuant to **28 U.S.C. § 1367**.

6.      Venue is proper in the District of New Jersey pursuant to **28 U.S.C. § 1391(b)**, as the events giving rise to this Complaint occurred within this District.

## III. PARTIES

7.      Plaintiff **BRYAN WALTERS** is an individual residing in Florida.

2

8. Defendant **THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY** (hereinafter "Port Authority") is a bi-state agency operating Newark Liberty International Airport.

9. Defendant **CITY OF ELIZABETH** is a municipality in New Jersey.

10. Defendant **ELIZABETH POLICE DEPARTMENT** is a law enforcement entity operating within the City of Elizabeth.

11. Defendant **STATE OF NEW JERSEY** is a sovereign state and is named herein for claims arising under the New Jersey Tort Claims Act.

12. Defendants **JOHN/JANE DOE OFFICERS 1-5** are Port Authority Police Officers or Elizabeth Police Department officers whose identities are currently unknown to the Plaintiff but who were directly involved in the arrest, assault, and prosecution of the Plaintiff.

**IV. FACTS COMMON TO ALL COUNTS**

13. On or about February 7, 2023, Plaintiff was in a public area of Newark Liberty International Airport during a layover.

14. Following a brief interaction where Plaintiff asked a security guard to "Stay away from him," he was approached by uniformed officers.

15. The officers questioned Plaintiff, who stated he was "okay." The officers then demanded his identification and boarding pass.

16.     The officers explicitly stated to Plaintiff that he was "**free to leave**" and "**not being detained**".

17.     Relying on the officers' statement, Plaintiff attempted to depart the area.

18.     The Officers, instead of honoring their statement, surrounded the Plaintiff and demanded he produce his ticket immediately.

19.     While Plaintiff was actively searching for his ticket, the Officers, expressing frustration, physically seized and arrested him.

20.     Plaintiff was charged with **Obstruction of Justice** and **Disorderly Conduct**.

21.     The arrest was effectuated without probable cause, as Plaintiff was engaged in no criminal activity, had been explicitly told he was free to leave, and was complying by attempting to locate the demanded documentation when arrested.

22.     The subsequent prosecution of the criminal charges, Case No. 2004 S 2023 000214, *State of New Jersey v. Walters*, was initiated without probable cause and was maintained with malice.

**V. CAUSES OF ACTION**

**COUNT I: VIOLATION OF 42 U.S.C. § 1983 (14TH AMENDMENT)**

23.     Plaintiff incorporates by reference the preceding paragraphs.

24.     Defendants, acting under color of state law, deprived Plaintiff of his clearly established constitutional rights.

4

25.     The unlawful arrest and detention violated Plaintiff's right to **Due Process** and **Substantive Due Process** under the Fourteenth Amendment to the United States Constitution.

26.     The continued prosecution of the charges despite a lack of evidence or legal basis further violated Plaintiff's Fourteenth Amendment rights.

27.     The officers' actions—falsely informing Plaintiff he was free to leave, then immediately cornering and arresting him without probable cause—constituted an egregious abuse of power and shocking to the conscience, violating his substantive due process rights.

28.     The Defendants are liable to the Plaintiff for compensatory and punitive damages.

**COUNT II: MALICIOUS PROSECUTION (4TH AND 14TH AMENDMENTS)**

29.     Plaintiff incorporates by reference the preceding paragraphs.

30.     The initiation and continuation of the criminal proceedings against Plaintiff, Case No. 2004 S 2023 000214, were conducted without probable cause.

31.     The proceedings were instituted and maintained with **actual malice** by the Defendants, who were aware that the facts did not support the charges of Obstruction or Disorderly Conduct.

32.     The prosecution was initiated for an improper purpose—namely, to cover up the unlawful nature of the initial arrest and to harass the Plaintiff.

5

33.     The institution and maintenance of the unwarranted charges violated Plaintiff's rights under the **Fourth Amendment** (unlawful seizure/detention) and the **Fourteenth Amendment** (deprivation of liberty without due process of law).

34.     The lack of a favorable termination of the criminal case to date necessitates that this claim, if not currently ripe, be held in abeyance or dismissed without prejudice until such time as the underlying criminal charges are favorably resolved.

**COUNT III: NEGLIGENCE AND OFFICER MISCONDUCT (NEW JERSEY TORT CLAIMS ACT)**

35.     Plaintiff incorporates by reference the preceding paragraphs.

36.     Defendants, including the Port Authority and the unnamed Officers, owed a duty of care to the Plaintiff to refrain from conducting false arrests, using excessive force, and pursuing malicious prosecutions.

37.     The Defendant Officers, in their individual and official capacities, breached this duty of care by: a. Effectuating an arrest without probable cause. b. Using unnecessary and unreasonable force to detain the Plaintiff. c. Filing a false police report that misrepresented the facts of the encounter (Slander and Libel).

38.     The State of New Jersey and the Port Authority are liable for the negligent actions of their employees/officers under the New Jersey Tort Claims Act ("NJTCA").

39.     Pursuant to **N.J.S.A. 59:2-2**, a public entity is liable for injury proximately caused by an act or omission of a public employee within the scope of his employment in the same manner as a private person.

40.     The Port Authority and the State failed to properly train and supervise their officers, constituting negligence that directly led to the Plaintiff's injuries.

## VI. DAMAGES

41.     As a direct and proximate result of the Defendants' unlawful conduct, Plaintiff has suffered significant and lasting damages, including: a. Loss of liberty and unlawful detention. b. Severe emotional distress, psychological harm, and mental anguish. c. Physical assault and injury. d. Financial damages, including the failure to complete his university semester and the breach of his contract for federal assistance grant funding, resulting in the loss of future earnings potential. e. Reputational damage (Slander and Libel).

42.     Plaintiff seeks a monetary judgment in an amount sufficient to compensate him for all damages, including compensatory, consequential, and punitive damages, along with the costs of this suit, including attorney's fees.

## VII. PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Bryan Walters respectfully requests that this Court enter judgment in his favor and against the Defendants, and grant the following relief:

## A. General Damages Overview

Plaintiff BRYAN WALTERS seeks compensatory damages, punitive damages, and equitable relief for the injuries, losses, and constitutional deprivations caused by the Defendants. Damages are sought under both the Federal Civil Rights Act (42 U.S.C. § 1983) and the New Jersey Tort Claims Act (N.J.S.A. 59:1-1 *et seq.*).

## B. Federal Damages (42 U.S.C. § 1983)

1.      **Compensatory Damages:** Plaintiff is entitled to full compensation for all injuries proximately caused by the Defendants' actions, including:

○      **Economic Damages:** Past and future lost wages, loss of federal grants and financial aid, loss of tuition, medical expenses, litigation expenses, and consequential financial losses.

○      **Non-Economic Damages:** Pain and suffering, mental anguish, severe emotional distress, personal humiliation, damage to reputation, and deprivation of liberty and enjoyment of life.

2.      **Punitive Damages:** Plaintiff is entitled to punitive damages against the individual Defendant Officers, as their actions were willful, malicious, reckless, and demonstrated a callous indifference to Plaintiff's federally protected rights. Punitive damages are not capped under federal law.

## C. New Jersey Tort Claims Act (N.J.T.C.A.) Damages

8

1.      **Non-Economic Damages (Pain and Suffering):** Plaintiff seeks non-economic damages based on the permanent nature of his physical and/or psychological injuries, including permanent emotional and psychological trauma, severe anxiety, and PTSD, thereby meeting the necessary threshold of a permanent loss of a bodily function.

2.      **Punitive Damages:** The NJTCA prohibits the award of punitive or exemplary damages against any public entity.

**D. Prayer for Relief**

**WHEREFORE**, Plaintiff BRYAN WALTERS demands judgment against Defendants as follows:

1.      For **compensatory damages** in an amount to be determined at trial, but **no less than Five Million Dollars ($5,000,000.00)**, encompassing all economic and non-economic losses.

2.      For **punitive damages** against the individual Defendant Officers in an amount to be determined at trial to punish and deter similar conduct.

3.      For attorney's fees, costs of suit, and interest.

4.      For such other relief as the Court deems just and equitable.

**JURY DEMAND**

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

**/s/ Bryan Walters**

**October 27th, 2025**

Exhibit #1A

https://youtube.com/shorts/dMjXCEtloxk?feature=share

Exhibit #2A

https://youtu.be/Nht9YEopKgg

Exhibit #3A

Exhibit #4A



Exhibit #B1

Exhibit #5A

13



Exhibit #B2

Exhibit #6A



14



Exhibit #3



Exhibit #4

**Re: [EXTERNAL] Service of Court Documents State of New Jersey v Walters Municipal court, case 2004 S 2023 000214**

TM  Trisha Miller                    Feb 15
    Bryan Walters

Mr. Walters,

This office is a septate entity from the court and is not able to assist. You may want to contact technical support at the court.

Sincerely,

Trisha Miller
Constituent Services Administrator
Backup Records Custodian
Office of the Attorney General
Department of Law and Public Safety
Division of Law
25 Market Street
P.O. Box 093

Hello,

I am attempting to send documents to the court but the website is saying the name is invalid so it wont upload the file. I changed the name three times. Attached is a motion to dismiss the police complaint from the State of New Jersey against Bryan Walters.

Bryan Walters
CONFIDENTIALITY NOTICE The information contained in this communication from the Office of the New Jersey Attorney General is privileged and confidential and is intended for the sole use of the persons or entities who are the addressees. If you are not an intended recipient of this e-mail, the dissemination, distribution, copying or use of the information it contains is strictly prohibited. If you have received this communication in error, please immediately contact the Office of the Attorney General at (609) 292-4925 to arrange for the return of this information.

16





"Exhibit #7



**S/Bryan Walters**

**February 4th 2024**

# Appeal Request

Exhibit #8
By: Bryan Walters
9411 Osprey Branch Trail
Jacksonville, FL 32257

RE: Claim number: 126215

I, _____, am submitting this form as my official appeal request on the claim referenced above.

An appeal request requires you to present your reasons for not agreeing with the VCCO's decision of your claim. Your appeal request will be submitted to the review board and you will need to present your case during the hearing.

**Please provide a brief statement why you believe your claim SHOULD BE REVIEWED BY THE BOARD and NOT BE DENIED.**

_____
_____
_____
_____

~~I think that my claim should be reviewed by the Board because I was assulted by an officer. After explaining to the officers there was nothing wrong they still arrested me and ruined my reputation with my University. I am still suffering from the damages and there is still a warrant~~ out for ~~my arrest for failure to appear. The case is a botched case because they made up charge to~~ arrest ~~me. I think it is completely unfair and I am a victim of an officer misconduct and brutality~~ case. If you ~~don't address this case now I will take the case further.~~ _____
_____

Signature: _____      Date: _____

| FOR VCCO USE ONLY | | | |
|---|---|---|---|
| **Claim Number** | | **Claimant** | **Victim** |
| | | | Dec 8th 2023 |
| | **Denial Reason** | | **Investigator** |
| | | | |

⌂ Home (/Dashboard)  /  Application Receipt

App: 115748

Exhibit #9

# Application Receipt

Your application has been successfully submitted to the New Jersey Victims of Crime Compensation Office.

## Your assigned Application ID is:  **115748**

(This Application ID is a temporary identification number. Within 10 days, the Agency will send you a confirmation letter which will include your Claim number.)

## Next Steps:

### Print/Download Application   Optional

You can download / print a copy of your completed application to retain for your records.

Download Completed Application

### Email Application   Optional

You can email a copy of your completed application to the following recipients:

☑ **Email Applicant**

Send Email

### Supply Claim Documentation   Required

Your application has been successfully submitted without this documentation. However, additional documentation will be required in order to completely process your claim. Click the link below to view/print a listing of the documentation that will be requested by the VCCO. You may expedite the process by submitting the documentation now.

List of Required Documents

**Mail to:**

Victims of Crime Compensation Office
50 Park Place
Newark, NJ 07102

**Fax to:**

973-648-3937

(make sure all faxed documents include Application Number on cover sheet)

# Exhibit #10

## APPLICATION FOR FEDERAL ASSISTANCE
# SF 424 (R&R)

Exhibit #11

| | |
|---|---|
| **3. DATE RECEIVED BY STATE** | **State Application Identifier** |
| 09/07/2023 | FL |

**1. TYPE OF SUBMISSION:**

☐ Pre-application   ☒ Application   ☐ Changed/Corrected Application

**4. a. Federal Identifier**

**b. Agency Routing Identifier**

**2. DATE SUBMITTED**   09/01/2023   **Applicant Identifier**

**c. Previous Grants.gov Tracking ID**

---

**5. APPLICANT INFORMATION**   UEI: 00000000INDV

Legal Name:  Bryan Walters

Department:  Department of Education

Division:  Florida

Street1:  6225 Vermillion dr

Street2:

City:  Jacksonville   County / Parish:  Duval

State:  FL: Florida   Province:

Country:  USA: UNITED STATES   ZIP / Postal Code:  32208-205

Person to be contacted on matters involving this application

Prefix:   First Name:  Bryan   Middle Name:

Last Name:  Walters   Suffix:

Position/Title:  Student

Street1:  6225 Vermillion dr

Street2:

City:  Jacksonville   County / Parish:  Duval

State:  FL: Florida   Province:

Country:  USA: UNITED STATES   ZIP / Postal Code:  32208-205

Phone Number:  9048914840   Fax Number:

Email:  bwalters0376@eagle.fgcu.edu

---

**6. EMPLOYER IDENTIFICATION** *(EIN)* or *(TIN)*:  44-4444444

---

**7. TYPE OF APPLICANT:**   P: Individual

Other (Specify):

**Small Business Organization Type**   ☐ Women Owned   ☐ Socially and Economically Disadvantaged

---

**8. TYPE OF APPLICATION:**   If Revision, mark appropriate box(es).

☒ New   ☐ Resubmission   ☐ A. Increase Award   ☐ B. Decrease Award   ☐ C. Increase Duration   ☐ D. Decrease Duration

☐ Renewal   ☐ Continuation   ☐ Revision   ☐ E. Other (specify):

Is this application being submitted to other agencies?   Yes ☐   No ☒   What other Agencies?

---

| **9. NAME OF FEDERAL AGENCY:** | **10. CATALOG OF FEDERAL DOMESTIC ASSISTANCE NUMBER:** |
|---|---|
| National Science Foundation | TITLE: |

**11. DESCRIPTIVE TITLE OF APPLICANT'S PROJECT:**

This is a project to explain the effects of AI and DeNafus Malus on studentship in America.

---

| **12. PROPOSED PROJECT:** | **13. CONGRESSIONAL DISTRICT OF APPLICANT** |
|---|---|
| Start Date   Ending Date | |
| 09/01/2023   09/01/2023 | FL-001 |

Exhibit #12

**SF-424 (R&R) APPLICATION FOR FEDERAL ASSISTANCE**

**14. PROJECT DIRECTOR/PRINCIPAL INVESTIGATOR CONTACT INFORMATION**

Prefix:     First Name: Bryan     Middle Name:

Last Name: Walters     Suffix:

Position/Title: Student

Organization Name: Bryan Walters

Department: Department of Education

Division: Florida

Street1: 6225 Vermillion dr

Street2:

City: Jacksonville     County / Parish: Duval

State: FL: Florida     Province:

Country: USA: UNITED STATES     ZIP / Postal Code: 32208-205

Phone Number: 9048914840     Fax Number:

Email: bwalters0376@eagle.fgcu.edu

---

**15. ESTIMATED PROJECT FUNDING**

a. Total Federal Funds Requested     500,000,000.00

b. Total Non-Federal Funds     500,000,000.00

c. Total Federal & Non-Federal Funds     100,000,000,000.00

d. Estimated Program Income     100,000,000,000.00

**16. IS APPLICATION SUBJECT TO REVIEW BY STATE EXECUTIVE ORDER 12372 PROCESS?**

a. YES   ☒ THIS PREAPPLICATION/APPLICATION WAS MADE AVAILABLE TO THE STATE EXECUTIVE ORDER 12372 PROCESS FOR REVIEW ON:

DATE: 08/01/2023

b. NO   ☐ PROGRAM IS NOT COVERED BY E.O. 12372; OR

☐ PROGRAM HAS NOT BEEN SELECTED BY STATE FOR REVIEW

---

**17.** By signing this application, I certify (1) to the statements contained in the list of certifications* and (2) that the statements herein are true, complete and accurate to the best of my knowledge. I also provide the required assurances * and agree to comply with any resulting terms if I accept an award. I am aware that any false, fictitious. or fraudulent statements or claims may subject me to criminal, civil, or administrative penalties. (U.S. Code, Title 18, Section 1001)

☒ **I agree**

*The list of certifications and assurances, or an Internet site where you may obtain this list, is contained in the announcement or agency specific instructions.*

---

**18. SFLLL (Disclosure of Lobbying Activities) or other Explanatory Documentation**

[ Add Attachment ] [ Delete Attachment ] [ View Attachment ]

---

**19. Authorized Representative**

Prefix:     First Name: Bryan     Middle Name:

Last Name: Walters     Suffix:

Position/Title: Student

Organization: Bryan Walters

Department: Department of Education

Division: Florida

Street1: 6225 Vermillion dr

Street2:

City: Jacksonville     County / Parish: Duval

State: FL: Florida     Province:

Country: USA: UNITED STATES     ZIP / Postal Code: 32208-205

Phone Number: 9048914840     Fax Number:

Email: bwalter0376@eagle.fgcu.edu

| Signature of Authorized Representative | Date Signed |
|---|---|
| Bryan Walters | 08/01/2023 |

---

**20. Pre-application**     [ Add Attachment ] [ Delete Attachment ] [ View Attachment ]

**21. Cover Letter Attachment**     [ Add Attachment ] [ Delete Attachment ] [ View Attachment ]

---

# National Science Foundation
# Grant Application Cover Page

OMB Number: 3145-0058
Expiration Date: 10/31/2025

Please complete the following NSF forms in conjunction with the relevant Research and Related forms.

Exhibit #13

**1. Funding Opportunity Number**

Funding Opportunity Number: `23-601`          Opportunity closing date: `09/27/2023`

**2. NSF Unit Consideration**

Go to **https://www.fastlane.nsf.gov/pgmannounce.jsp** and follow the instructions to find the Division and Program information for this funding opportunity.

Division Code: `11040000`          Division Name: `DIVISION OF UNDERGRADUATE EDUC`

Program Code: `7980`          Program Name: `ECR-EDU Core Research`

**3. Principal Investigator (PI) Information**

☐ Check here if you are currently serving (or have previously served) as a PI, co-PI or Program Director (PD) on any Federally funded project.

**4. Other Information**

Check Appropriate Box (es) if this proposal includes any of the items listed below.

☒ Beginning Investigator (Proposal & Award Policies & Procedures Guide (PAPPG II.2))

☒ Disclosure of Lobbying Activities (PAPPG II.D.1.d)

☒ Accomplishment-Based Renewal (PAPPG Chapter V.B)

☒ Funding of an International Branch Campus of a U.S. IHE (PAPPG Chapter I.E.1)

☒ Funding of a Foreign Organization or Foreign Individual (PAPPG I.E.2.c)

☒ Potential Life Sciences Dual Use Research of Concern (PAPPG II.E.6 & XI.B.5)

☒ Off-Campus or Off-Site Research (PAPPG II.D.1.d (viii) & II.E.9)

Attach PDF files only for any attachments below

**5. Additional Single-Copy Documents**

☐ [Add Attachments] [Delete Attachments] [View Attachments]

**6. Data Management Plan**          `1241-cv-868261.pdf`          [Add Attachment] [Delete Attachment] [View Attachment]

**7. Mentoring Plan**

Postdoctoral Researcher Mentoring Plan, required for proposals that request funding to support postdoctoral researchers (PAPPG Chapter II.C.2.j)

[Add Attachment] [Delete Attachment] [View Attachment]

**8. GOALI - Industrial PI Confirmation Letter**

[Add Attachment] [Delete Attachment] [View Attachment]

**9. RAPID, EAGER or RAISE - Program Officer Concurrence Email**

[Add Attachment] [Delete Attachment] [View Attachment]

**10. Type of Proposal (select one)**          `Research`

**11. Authorized Representative (AOR)**

Provide the NSF ID associated with the AOR for this application:

NSF ID: `000800888`

Tracking Number:GRANT13948939          Funding Opportunity Number:23-601 Received Date:Aug 01, 2023 11:40:34 AM EDT

Exhibit #14

**The following attachment is not included in this view since it is not a read-only PDF file.**

**The agency will receive all application forms and attachments without any data loss.**

**NSF_CoverPage_2_1-1241-cv-868261.pdf**

## NSF Senior/Key Person Profile (Expanded)

OMB Number: 3145-0058
Expiration Date: 10/31/2025

| PROFILE - Project Director/Principal Investigator |
|---|

Exhibit #15

Prefix: [ ]   * First Name: Bryan   Middle Name: [ ]

* Last Name: Walters   Suffix: [ ]

Position/Title: Student

Department: Department of Education

Organization Name: Bryan Walters

Division: Florida

* Street1: 6225 Vermillion dr

Street2: [ ]

* City: Jacksonville   County/ Parish: Duval

* State: FL: Florida   Province: [ ]

* Country: USA: UNITED STATES   * Zip / Postal Code: 32208-205

* Phone Number: 9048914840   Fax Number: [ ]

* E-Mail: bwalters0376@eagle.fgcu.edu

* **Project Role:** PD/PI

Enter the NSF ID associated with the PI/Co-PI   **NSF ID:** 000800888

Degree Type:   To update the Degree Type and Degree Year information please login as a PI at www.Research.gov; and update it in the 'View My
Degree Year:   Roles' page.

**\*Attach Biographical Sketch**   1238-cv-868261.pdf   [Add Attachment]   [Delete Attachment]   [View Attachment]

Note: Biographical Sketches must be submitted in an NSF-Approved Format. Failure to submit this document in an NSF-Approved Format will prevent your proposal from being processed.

**Attach Current & Pending Support**   1239-cv-868261.pdf   [Add Attachment]   [Delete Attachment]   [View Attachment]

Note: Current & Pending Support must be submitted in an NSF-Approved Format. Failure to submit this document in an NSF-Approved Format will prevent your proposal from being processed.

**\*Attach Collaborators & Other Affiliations**   1240-cv-868261.pdf   [Add Attachment]   [Delete Attachment]   [View Attachment]

Tracking Number:GRANT13948939   Funding Opportunity Number:23-601 Received Date:Aug 01, 2023 11:40:34 AM EDT

NSF Senior/Key Person Profile (Expanded)

| PROFILE - Senior/Key Person 1 |
|---|

Exhibit #16

Prefix: [____]  * First Name: [____]  Middle Name: [____]

* Last Name: [____]  Suffix: [____]

Position/Title: [____]

Department: [____]

* Organization UEI ID: [____]

Division: [____]

* Street1: [____]

Street2: [____]

* City: [____]  County/ Parish: [____]

* State: [____]  Province: [____]

* Country: USA: UNITED STATES  * Zip / Postal Code: [____]

* Phone Number: [____]  Fax Number: [____]

* E-Mail: [____]

**\* Project Role:** [____]

Enter the NSF ID associated with the PI/Co-PI  **NSF ID:** [____]

Degree Type:    To update the Degree Type and Degree Year information please login as a PI at www.Research.gov; and update it in the 'View My
Degree Year:    Roles' page.

**Attach Biographical Sketch** [____]  [Add Attachment] [Delete Attachment] [View Attachment]
Note: Biographical Sketches must be submitted in an NSF-Approved Format. Failure to submit this document in an NSF-Approved Format will prevent your proposal from being processed.

**Attach Current & Pending Support** [____]  [Add Attachment] [Delete Attachment] [View Attachment]
Note: Current & Pending Support must be submitted in an NSF-Approved Format. Failure to submit this document in an NSF-Approved Format will prevent your proposal from being processed.

**\*Attach Collaborators & Other Affiliations** [____]  [Add Attachment] [Delete Attachment] [View Attachment]

Exhibit #17

**The following attachment is not included in this view since it is not a read-only PDF file.**

**The agency will receive all application forms and attachments without any data loss.**

**NSF_KeyPersonExpanded_3_1-PDPI-Profile-BioSketchsAttached-1238-cv-86826**

**1.pdf**

Exhibit #18

**The following attachment is not included in this view since it is not a read-only PDF file.**

**The agency will receive all application forms and attachments without any data loss.**

**NSF_KeyPersonExpanded_3_1-PDPI-Profile-CollaboratorsAttached-1240-cv-86**

**8261.pdf**

Tracking Number:GRANT13948939          Funding Opportunity Number:23-601 Received Date:Aug 01, 2023 11:40:34 AM EDT

Exhibit #19

**The following attachment is not included in this view since it is not a read-only PDF file.**

**The agency will receive all application forms and attachments without any data loss.**

**NSF_KeyPersonExpanded_3_1-PDPI-Profile-SupportsAttached-1239-cv-868261.pdf**

**RESEARCH & RELATED BUDGET - Budget Period  1**

OMB Number: 4040-0001
Expiration Date: 11/30/2025

UEI: `00000000INDV`     Enter name of Organization: `Bryan Walters`

Budget Type:  ☒ Project   ☐ Subaward/Consortium          Budget Period: 1   Start Date: `09/01/2023`   End Date: `10/01/2023`

## A. Senior/Key Person

| Prefix | First | Middle | Last | Suffix | Base Salary ($) | Cal. | Months Acad. | Sum. | Requested Salary ($) | Fringe Benefits ($) | Funds Requested ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Bryan | | Walters | | 500,000,000.00 | 12.00 | | | 500,000,000.00 | 500,000,000.00 | 1,000,000,000.00 |

Project Role: `PD/PI`

Additional Senior Key Persons: [____]  [Add Attachment] [Delete Attachment] [View Attachment]

Total Funds requested for all Senior Key Persons in the attached file [____]

Total Senior/Key Person [1,000,000,000.00]

## B. Other Personnel

| Number of Personnel | Project Role | Cal. | Months Acad. | Sum. | Requested Salary ($) | Fringe Benefits ($) | Funds Requested ($) |
|---|---|---|---|---|---|---|---|
| | Post Doctoral Associates | | | | | | |
| | Graduate Students | | | | | | |
| 1 | Undergraduate Students | | | | 500,000.00 | 500,000.00 | 1,000,000.00 |
| | Secretarial/Clerical | | | | | | |
| | | | | | | | |
| 1 | Total Number Other Personnel | | | | | Total Other Personnel | 1,000,000.00 |

Total Salary, Wages and Fringe Benefits (A+B) [1,001,000,000.00]

## C. Equipment Description

**List items and dollar amount for each item exceeding $5,000**

| Equipment item | Funds Requested ($) |
|---|---|
| | |

Additional Equipment: [____]  [Add Attachment] [Delete Attachment] [View Attachment]

Total funds requested for all equipment listed in the attached file [____]

Total Equipment [____]

Tracking Number:GRANT13948939                    Funding Opportunity Number:23-601 Received Date:Aug 01, 2023 11:40:34 AM EDT

Exhibit #20

**D. Travel**                                                                                    Funds Requested ($)

| | | |
|---|---|---|
| 1. | Domestic Travel Costs ( Incl. Canada, Mexico and U.S. Possessions) | 500,000,000.00 |
| 2. | Foreign Travel Costs | 5,000,000.00 |
| | **Total Travel Cost** | 505,000,000.00 |

**E. Participant/Trainee Support Costs**                                         Funds Requested ($)

| | | |
|---|---|---|
| 1. | Tuition/Fees/Health Insurance | |
| 2. | Stipends | |
| 3. | Travel | |
| 4. | Subsistence | |
| 5. | Other | |

| | |
|---|---|
| **Number of Participants/Trainees** | **Total Participant/Trainee Support Costs** |

Exhibit #21

Tracking Number:GRANT13948939

Funding Opportunity Number:23-601 Received Date:Aug 01, 2023 11:40:34 AM EDT

**F. Other Direct Costs**

| | | Funds Requested ($) |
|---|---|---|
| 1. | Materials and Supplies | |
| 2. | Publication Costs | |
| 3. | Consultant Services | |
| 4. | ADP/Computer Services | |
| 5. | Subawards/Consortium/Contractual Costs | |
| 6. | Equipment or Facility Rental/User Fees | |
| 7. | Alterations and Renovations | |
| 8. | Access to interviews | 1,000,000.00 |
| 9. | Access to Relevant AI information | 5,000,000.00 |
| 10. | | |
| 11. | | |
| 12. | | |
| 13. | | |
| 14. | | |
| 15. | | |
| 16. | | |
| 17. | | |
| | **Total Other Direct Costs** | 6,000,000.00 |

**G. Direct Costs**

Exhibit #22

| | Funds Requested ($) |
|---|---|
| **Total Direct Costs (A thru F)** | 1,512,000,000.00 |

**H. Indirect Costs**

| Indirect Cost Type | Indirect Cost Rate (%) | Indirect Cost Base ($) | Funds Requested ($) |
|---|---|---|---|
| | | | |
| | | **Total Indirect Costs** | |

**Cognizant Federal Agency**
(Agency Name, POC Name, and POC Phone Number)

**I. Total Direct and Indirect Costs**

| | Funds Requested ($) |
|---|---|
| **Total Direct and Indirect Institutional Costs (G + H)** | 1,512,000,000.00 |

**J. Fee**

| | Funds Requested ($) |
|---|---|
| | |

**K. Total Costs and Fee**

| | Funds Requested ($) |
|---|---|
| **Total Costs and Fee (I + J)** | 1,512,000,000.00 |

**L. Budget Justification**

(Only attach one file.)   1242-cv-868261.pdf   [Add Attachment] [Delete Attachment] [View Attachment]

**RESEARCH & RELATED Budget - Cumulative Budget**

| | Totals ($) |
|---|---|
| **Section A, Senior/Key Person** | 1,000,000,000.00 |
| **Section B, Other Personnel** | 1,000,000.00 |
| Total Number Other Personnel | 1 |
| **Total Salary, Wages and Fringe Benefits (A+B)** | 1,001,000,000.00 |
| **Section C, Equipment** | |
| **Section D, Travel** | 505,000,000.00 |
| 1. Domestic | 500,000,000.00 |
| 2. Foreign | 5,000,000.00 |
| **Section E, Participant/Trainee Support Costs** | |
| 1. Tuition/Fees/Health Insurance | |
| 2. Stipends | |
| 3. Travel | |
| 4. Subsistence | |
| 5. Other | |
| 6. Number of Participants/Trainees | |
| **Section F, Other Direct Costs** | 6,000,000.00 |
| 1. Materials and Supplies | |
| 2. Publication Costs | |
| 3. Consultant Services | |
| 4. ADP/Computer Services | |
| 5. Subawards/Consortium/Contractual Costs | |
| 6. Equipment or Facility Rental/User Fees | |
| 7. Alterations and Renovations | |
| 8. Other 1 | 1,000,000.00 |
| 9. Other 2 | 5,000,000.00 |
| 10. Other 3 | |
| 11. Other 4 | |
| 12. Other 5 | |
| 13. Other 6 | |
| 14. Other 7 | |
| 15. Other 8 | |
| 16. Other 9 | |
| 17. Other 10 | |

Exhibit #23

Funding Opportunity Number:23-601 Received Date:Aug 01, 2023 11:40:34 AM EDT

**Section H, Indirect Costs**

**Section I, Total Direct and Indirect Costs (G + H)**  1,512,000,000.00

**Section J, Fee**

**Section K, Total Costs and Fee (I + J)**  1,512,000,000.00

Exhibit #24

Tracking Number:GRANT13948939

Funding Opportunity Number:23-601 Received Date:Aug 01, 2023 11:40:34 AM EDT

Exhibit #23

**The following attachment is not included in this view since it is not a read-only PDF file.**

**The agency will receive all application forms and attachments without any data loss.**

**RR_Budget_3_0-1242-cv-868261.pdf**

OMB Number: 4040-0010
Expiration Date: 11/30/2025

## Project/Performance Site Location(s)

**Project/Performance Site Primary Location**

☒ I am submitting an application as an individual, and not on behalf of a company, state, local or tribal government, academia, or other type of organization.

Exhibit #26

Organization Name:

UEI: 

* Street1: 6225 Vermillion dr

Street2: 

* City: Jacksonville          County: FL

* State: FL: Florida

Province: 

* Country: USA: UNITED STATES

* ZIP / Postal Code: 32208-205          * Project/ Performance Site Congressional District: FL-001

---

**Project/Performance Site Location  1**

☐ I am submitting an application as an individual, and not on behalf of a company, state, local or tribal government, academia, or other type of organization.

Organization Name: 

UEI: 

* Street1: 

Street2: 

* City:          County: 

* State: 

Province: 

* Country: USA: UNITED STATES

* ZIP / Postal Code:          * Project/ Performance Site Congressional District: 

---

**Additional Location(s)**          [ Add Attachment ]   [ Delete Attachment ]   [ View Attachment ]

**RESEARCH & RELATED Other Project Information**

OMB Number: 4040-0001
Expiration Date: 11/30/2025

Exhibit #27

1. Are Human Subjects Involved?   ☐ Yes   ☒ No

1.a.   If YES to Human Subjects

    Is the Project Exempt from Federal regulations?   ☐ Yes   ☐ No

      If yes, check appropriate exemption number.   ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ 6 ☐ 7 ☐ 8

      If no, is the IRB review Pending?   ☐ Yes   ☐ No

      IRB Approval Date:

      Human Subject Assurance Number:

2. Are Vertebrate Animals Used?   ☐ Yes   ☒ No

2.a.   If YES to Vertebrate Animals

    Is the IACUC review Pending?   ☐ Yes   ☐ No

    IACUC Approval Date:

    Animal Welfare Assurance Number:

3. Is proprietary/privileged information included in the application?   ☒ Yes   ☐ No

4.a. Does this Project Have an Actual or Potential Impact - positive or negative - on the environment?   ☐ Yes   ☒ No

4.b. If yes, please explain:

4.c. If this project has an actual or potential impact on the environment, has an exemption been authorized or an environmental assessment (EA) or environmental impact statement (EIS) been performed?   ☐ Yes   ☐ No

4.d. If yes, please explain:

5. Is the research performance site designated, or eligible to be designated, as a historic place?   ☐ Yes   ☒ No

5.a. If yes, please explain:

6.  Does this project involve activities outside of the United States or partnerships with international collaborators?   ☒ Yes   ☐ No

6.a. If yes, identify countries: France and Brazil

6.b. Optional Explanation: Civil unrest

**7. Project Summary/Abstract**   1234-cv-868261.pdf   [Add Attachment] [Delete Attachment] [View Attachment]

**8. Project Narrative**   1235-cv-868261.pdf   [Add Attachment] [Delete Attachment] [View Attachment]

**9. Bibliography & References Cited**   1236-cv-868261.pdf   [Add Attachment] [Delete Attachment] [View Attachment]

**10. Facilities & Other Resources**   [Add Attachment] [Delete Attachment] [View Attachment]

**11. Equipment**   [Add Attachment] [Delete Attachment] [View Attachment]

**12. Other Attachments**   [Add Attachments] [Delete Attachments] [View  Attachments]   ☒

Exhibit #28
**The following attachment is not included in this view since it is not a read-only PDF file.**

**The agency will receive all application forms and attachments without any data loss.**

**RR_OtherProjectInfo_1_4-AbstractAttachments-1234-cv-868261.pdf**

Tracking Number:GRANT13948939          Funding Opportunity Number:23-601 Received Date:Aug 01, 2023 11:40:34 AM EDT

Exhibit #29

**The following attachment is not included in this view since it is not a read-only PDF file.**

**The agency will receive all application forms and attachments without any data loss.**

**RR_OtherProjectInfo_1_4-ProjectNarrativeAttachments-1235-cv-868261.pdf**

Exhibit #30

**The following attachment is not included in this view since it is not a read-only PDF file.**

**The agency will receive all application forms and attachments without any data loss.**

**RR_OtherProjectInfo_1_4-BibliographyAttachments-1236-cv-868261.pdf**

Exhibit #31

**The following attachment is not included in this view since it is not a read-only PDF file.**

**The agency will receive all application forms and attachments without any data loss.**

**RR_OtherProjectInfo_1_4-OtherAttachments-1237-cv-868261.pdf**

**Municipal Court Case Search (MCCS)**

NJCourts    Pay Ticket    MCCS    Help    Logout

**Welcome** | **Search**

Complaint Detail

# Exhibit #32

Back   New Search

| Case: | **S 2023 214** | Court: | **2004** | Type: | **Complaint** | Defendant: | **BRYAN J WALTERS** | Status: | **Failure to Appear/Pay** |

**Defendant Information**

Name: **BRYAN J WALTERS**          Gender: **Male**          Eyes: **Brown**

**Court Information**

Court Date: **11/21/2023**          Court Time: **01:30 PM**          Court Room: **0003**

**Complaint Information**

| | | | |
|---|---|---|---|
| Complaint Number: **S 2023 214** | Issue Date: **02/08/2023** | Offense Date: **02/08/2023 06:23 AM** | Arrest Date: **02/08/2023** |
| Court: **2004 - ELIZABETH MUNICIPAL COURT** | | Agency & Officer ID: **2298 9998** | Police Case No: **23001449** |
| Mun. Of Offense: **2004** | Co-Def Count: **0** | Complaint Plea: **Not Guilty** | |
| Complainant: **OTHER OFFICER** | | | |
| Transferred To: **0089 - PROSECUTOR - 02/23/2023** | | Transferred From: **0089 - PROSECUTOR - 05/16/2023** | |
| Reason: **Indictable** | | | |
| Status: **Failure to Appear/Pay** | Time Payment: | Warrant: | Bail: |
| Last Action Date: **02/08/2023** | | | |

**Charge Information**

2C:29-1A   2C:33-2A(1)

Description: **OBSTRUCT ADMIN OF LAW-OBSTRUCT GOVT FUNCTION**

Charge Status: **Active**          Degree: **Disorderly**

Original Offense: **2C:29-1A - OBSTRUCT ADMIN OF LAW-OBSTRUCT CRIMINAL INVESTIGATION**

**Additional Information**

Involved Persons

| Person/Officer | Type | Attorney ID | Agency Name |
|---|---|---|---|

Back   New Search

Copyright © 2012 New Jersey Judiciary

**PHILIP D. MURPHY**
*Governor*

Exhibit #33

**TAHESHA L. WAY**
*Lt. Governor*

**State of New Jersey**
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF VIOLENCE INTERVENTION AND VICTIM ASSISTANCE
VICTIMS OF CRIME COMPENSATION OFFICE
50 Park Place
Newark, NJ 07102
Telephone: (973) 648-2107   Fax: (973) 648-3937
Website: www.njvictims.org     Email: njvictims@njvictims.org

**MATTHEW J. PLATKIN**
*Attorney General*

**PATRICIA TEFFENHART**
*Executive Director*

**MARY ELLEN BONSPER**
*VCCO Director*

December 06, 2023

Mr. Bryan Walters
9411 Osprey Branch Trail
Jacksonville, FL 32257

Re: Claim No. 126215; Bryan Walters, Victim
    Determination of Ineligibility

Dear Bryan Walters,

The Victims of Crime Compensation Office of the State of New Jersey has reviewed your claim for compensation arising out of an incident which occurred on February 10, 2022. We are very sorry for the pain and suffering you incurred from this incident. However, under our governing laws and regulations we regret to inform you that this office must deem your claim ineligible for the following reason(s):

Unfortunately, a False Arrest is not a compensable crime, pursuant to N.J.S.A. 52:4B-11.  The laws governing victims' compensation prescribe the types of crimes in which a victim can be compensated. Under the law, the VCCO covers violent crimes including, but not limited to, homicides, aggravated assaults, robberies and domestic violence.

If you are not in agreement with this determination, you must request in writing a hearing before the Office within forty-five (45) days from the date of your receipt of this letter. If you request a hearing, please state in your letter the reasons for your request.

If you have any questions, please contact Office Investigator Alberto Hernández at (862) 350-5469.

Sincerely,

Exhibit #34

Mary Ellen Bonsper
Director

Kathy Yuill
Supervisor of Investigators

(D-2)

# Appeal Request

Bryan Walters
9411 Ossley Branch Trail
Exhibit #35
Jacksonville, FL 32257

RE: Claim number: 126215

I, _____, am submitting this form as my official appeal request on the claim referenced above.

An appeal request requires you to present your reasons for not agreeing with the VCCO's decision of your claim. Your appeal request will be submitted to the review board and you will need to present your case during the hearing.

**Please provide a brief statement why you believe your claim SHOULD BE REVIEWED BY THE BOARD and NOT BE DENIED.**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Signature: _____     Date: _____

| FOR VCCO USE ONLY | | |
|---|---|---|
| **Claim Number** | **Claimant** | **Victim** |
| | | |
| **Denial Reason** | | **Investigator** |
| | | |

New Jersey Is An Equal Opportunity Employer

Exhibit #36



**Thank You!**

Your submission has been received.

*Please, print or take a screenshot of this page for your records.*

*Also, check your junk and spam email folders and make sure you include Jot Form on your safe emails list.*

*You may be contacted if additional information is needed.*

Bryan Bryan Walters02-07-202312-26-20235794042077643495688

Exhibit #37



# Thank You!

Your submission has been received.

Elizabeth PD                                              23001449

## Person Making Report (Optional, But Helpful)

**Full Name** _____   **Phone** _____  Preferred? □

**Address** _____   **Email** _____ □

**City, State** _____   **DOB** _____

Bryan Walters

9411 Osprey Branch Trail

904-891-4840

bwalters0376@eagle.fgcu.edu

## Officer(s) Subject to Allegation (Provide Whatever Info Is Known)

Jacksonville, FL                    02/25/1994

**Officer(s)** _____   **Badge No.** _____

**Incident Site** _____   **Date/Time** _____

J. Archibald                    3361

Newark Airport                    02/07/2023

In the space below, describe the type of incident (traffic stop, street encounter, etc.) and any information about the alleged conduct. If you cannot fit your response below, feel free to use extra pages and attach them to this document. If you do not know the officer's name or badge number, provide any other identifying information.

I was falsely arrested at Newark Liberty International Airport, 3 Brewster rd, Newark, NJ 07114 Terminal "A"-Section A15-A22. I was approached by Port Authority Police who asked if I was okay. I told them I was okay and they told me I was free to leave. They came back and asked for my ticket. As I was looking for my ticket they arrested me. They charged me with obstruction of justice and public disturbance. This is not the case, the officers found my ticket after searching me. They proceeded to arrest me.

## Other Information

**How was this reported?** □ In Person   □ Phone   □ Letter   □ Email   □ Other _____

**Any physical evidence submitted?** □ Yes   □ No   **If yes, describe:** _____

**Was incident previously reported?** □ Yes   □ No   **If yes, describe:** _____

## To Be Completed by Officers Receiving Report

AG and State

_____   _____   _____
Officer Receiving Complaint          Badge No.        Date/Time

_____   _____   _____
Supervisor Reviewing Complaint        Badge No.        Date/Time

# Exhibit #39

## HELPFUL FACTS
## & SUBMISSION OF NOTICE OF CLAIM FORM

The following items may be helpful in the determination of this claim:

- ➢ Police/Accident Report
- ➢ Estimate of Damage(s)
- ➢ Picture of Damage(s) *(may include location of incident/accident)*
- ➢ Receipt(s) *(out-of-pocket expenses)*
- ➢ Insurance Declaration Page

Please return this Notice of Claim Form to:
*(via mail)*
City Hall – Law Department
50 Winfield Scott Plaza, Room 201
Elizabeth, New Jersey 07201

*(via email)*
mfigueiredo@elizabethnj.org

*(via fax)*
(908) 352 – 8658

NOTE:
In accordance with *N.J.S.A. 59:1-1 et seq.*, and City Council Resolution dated February 11, 2005, a Notice of Claim form is required to be completed when filing a "Tort Claim" against the City of Elizabeth.

Also, a Notice of Claim must be received by our office within **ninety *(90)* days** of the date of loss to be considered "<u>timely</u>" filed.

If you require any additional information, you may contact our office at (908) 820-4009.

# Exhibit #40 Filed 04/2023

## CLAIM FORM REQUIRED BY THE CITY OF ELIZABETH
## PURSUANT TO *N.J.S.A. 59:1-1, ET SEQ.*
## THE NEW JERSEY TORT CLAIMS ACT

1. Name of Claimant: **Bryan Walters**

   Address: 9411 Osprey Branch Trail, Jacksonville, FL 32257

   Social Security Number: _____

   Phone Number: ( 904 )  891-4840 .

2. Post Office Address to which Claimant desires notices and correspondence to be sent:
   9411 Osprey Branch Trail, Jacksonville, FL 32257 unit 7

3. The date, location and other circumstances of the occurrence which gave rise to the claim asserted herein:
   2/7/2023 Mr. Walters was falsely arrested by Port Authority in New Jersey for obstruction and disorderly conduct. The officers said Mr. Walters was free to leave after checking if he was okay. He said he was, and the officers proceeded to arrest him. Mr. Walters was in the process of boarding and the officers demanded he show his ticket. As Mr. Walters was looking for his ticket he was arrested.

4. General description of the injury, damage or loss incurred to date:
   Injury is slander, wrongful arrest, and malicious prosecution, which has caused Mr. Walters to fail out of FGCU, and breach his contract for federal assistance. Mr. Walters is paid through grants and is unable to make money because of the tort. The tort is still occuring until appox. Febuary 7th 2024 which is a year from the date of his incarceration Mr. Walters should receivie a judgment on the charges.

5. The name(s) of the public entity/entities and/or employee(s) causing the alleged injury, damage or loss if known:
   Port Authority New Jersey, Elizabeth City Police Department, City of Elizabeth, and Elizabeth municipal court.

6. The amount claimed as of the date of this form, including the estimated amount of any prospective injury, damage or loss, as may be known at this time, with the basis of the computation of this amount: $100,000,000,000.00 USD

# Exhibit #41

7. State, in detail, the facts upon which you rely to support your allegation that the City of Elizabeth is responsible or liable for the injuries, damage or loss incurred by claimant:

The slander caused my univerisity to look down on me after I told my teacher what happened. I also told some staff members and they said it was sad. I was falsely arrested and kicked off of the university campus soon after.

8. Provide the name(s) and address(es) of all medical providers, including hospitals, physicians, clinic's, health care organizations or health care employees who treated the claimant for injuries alleged to have occurred as a result of the incident claimed herein:

Lee County Medical

9. Attach copies of written reports of the claimant's attending physician(s) or dentist setting forth the nature and extent of the injury and the treatment, any degree of permanent or temporary disability, the prognosis, period of time hospitalized, any diminished earning capacity, duration of pain and suffering, if claimed and any drugs administered for pain (please see attached medical disclosure form).

10. List claimant's expert witnesses and attach any reports or statements relating to the claim prepared by those experts:

n/a

11. Attach all itemized bills for medical, dental and hospital expenses incurred or all itemized receipts of payment for such expenses.

12. Attach documentation evidencing the amounts of any income which has been lost and attach written statement from any employer(s) showing actual time lost from employment, whether claimant is a full or part-time employee and the wages or salary actually lost.

13. State the anticipated expense for any future treatments, if necessary:

grant.

14. If the claim is one of injury to or loss of property, real or personal, attach documentation evidencing proof of ownership of the property, a detailed statement of the amount claimed, an itemized receipt of payment for necessary repairs or itemized written estimates of the cost of such repairs, and a statement listing the date of purchase, purchase price and salvage value, whether repair is not economical.

3

Exhibit #42

15.   If the claim is one based upon death, submit the following:

(a)   An authenticated death certificate;

(b)   Decedent's employment or occupation at the time of death, including monthly or yearly salary or earnings and the duration of last employment or occupation.

(c)   Name(s), address(es), birth date(s), kinship and marital status of decedent's survivors.

(d)   Degree of support afforded by decedent to each survivor dependent upon him/her for support at the time of death.

(e)   Decedent's general physician and mental condition before death.

(f)   Itemized bills for medical and burial.

16.   Set forth the days and time when the Claimant is available, excluding weekends and evenings, for the physical examinations by a physician on behalf of the City.

n/a

17.   Provide any pictures, diagrams and/or any other documents that the claimant or claimant's attorney will rely on showing the location of the accident, the loss, the conditions of the property and/or the alleged damage to the property.

18.   Name of all insurance carriers and the policy numbers which may pay or reimburse the claimant for any expenses incurred for treatment or repair:

n/a

s/Bryan Walters
*Claimant's Signature*

1/2/2023
*Date Submitted*

*(See attached Authorization for Health Information Disclosure attached hereto and made a part hereof this claim form)*

4

Exhibit #43

## Authorization for Release of
## Personal and Health Information Pursuant to HIPPA

| A.  Patient whose information is to be released | | |
|---|---|---|
| Patient's Name | | Date of Birth ___ / ___ / ___ |
| Address | | |
| City | State | Zip Code |
| Social Security Number | Phone | |

I request and authorize the release of my personal and health information.  This may include claims and billing information.  It may also include medical records that have been received from medical practitioners, including records regarding general medical care, alcohol and drug abuse treatment, psychological or psychiatric treatment, social services counseling, human immunodeficiency virus (HIV) or acquired immunodeficiency syndrome (AIDS) or AIDS-related complex (ARC), communicable diseases or infections, venereal disease, tuberculosis, hepatitis and demographic information.

**B.  Type of information Priority Health may release (check ONE box)**

☐ All of my information (including personal health, demographic, claims, billing and medical records) OR
☐ Only my claims and billing information OR
☐ Other, such as information regarding a specific date of service of issue (explain) _____

**C.  Who may receive your information?**

| Individual/Entity Name | | Phone |
|---|---|---|
| Address | | |
| City | State | Zip Code |

**D.  What is the purpose of this Authorization? (check ONE box)**

☐ At my request
☐ Other (explain) _____

**E.  When will this Authorization expire? (check ONE box)**

*Note: If I fail to list an expiration date or event below, this Authorization will expire one year from the date signed.*

☐ No Expiration                                      ☐ Upon my death
☐ Upon my coverage termination              ☐ Upon my written revocation
☐ On the following date ___ / ___ / ___ (MM/DD/YYYY)   ☐ On the following event _____

I understand that I may refuse to sign this Authorization.  I may revoke this Authorization at any time by notification in writing at the address listed below.  The revocation will not be effective for information that has been disclosed between the time that this Authorization was signed and when the revocation is received.  I understand that I have the right to receive a copy of this Authorization after I sign it.  I understand that the persons to who the information is disclosed under the Authorization may possibly re-disclose the information to others without my knowledge or consent, and therefore, the privacy of my personal and health information may no longer be protected by law.

**F.  Signature required**

If signed by a person other than the member, please check the relationship and provide proof of authority to do so

☐ Parent of a minor child            ☐ Legal guardian
☐ Power of attorney                    ☐ Personal representative of deceased member

| Signature | |
|---|---|
| Printed name | |

**G.  Finalize and send**

· Form must be fully completed
· Submit form via one of the following
   - Scan and email to: mfigueiredo@elizabethnj.org
   - Fax to (908) 352-8658
   - Mail to City of Elizabeth, Law Department, 50 Winfield Scott Plaza, Room 201, Elizabeth, New Jersey 07201

5



# CITY OF ELIZABETH
### DEPARTMENT OF LAW
City Hall
50 Winfield Scott Plaza, Room 201
Elizabeth, New Jersey  07201-2462
Phone (908) 820-4009       Fax (908) 352-8658

**J. CHRISTIAN BOLLWAGE**
Mayor

## Exhibit #44

**WILLIAM R. HOLZAPFEL**
City Attorney
Email: wholzapfel@elizabethnj.org

RAYMOND T. BOLANOWSKI
First Assistant City Attorney
@: rbolanowski@elizabethnj.org

ROBERT J. LENAHAN, JR.
Second Assistant City Attorney
@: rlenahan@elizabethnj.org

JORGE A. ESTRADA
Special Counsel
@: jestrada@elizabethnj.org

SAMANTHA J. CASTRELOS
Special Counsel
@: samantha.castrelos@elizabethnj.org

January 2, 2024

Via e-mail kberenato@qual-lynx.com

Karen Berenato
Qual-Lynx
Liability Manager
100 Decadon Drive
Egg Harbor Twp., New Jersey 08234

**RE: Bryan Walters**
**v. City of Elizabeth**
**Notice of Claim**
**D/A: February 6, 2023i**
**Our File No.: TC-105-2023**

Dear Karen:

With reference to the above-captioned matter, please find enclosed a Notice of Claim, which was received via e-mail on December 26, 2023 on behalf of Bryan Walters, 9411 Osprey Branch Trail, Jacksonville, FL 32257.

The above claimant must submit a proper Notice of Claim form as required by the City of Elizabeth. By copy of this letter to the claimant's attorney, I am enclosing the City's Notice form, which is required to be completed in accordance with City Council Resolution dated January 9, 2005, and N.J.S.A. 59:1-1 et seq. Please make certain that the claimant complies with this statutory requirement.

By copy of this letter, our defense attorney, Robert F. Varady, will receive same.

Kindly have this matter investigated and provide representation and defense for the City of Elizabeth. Also, please be in contact with the claimant's attorney for the purpose of advising as to the legal position taken on behalf of the City. When forwarding written communications, please furnish this department with a copy for our records. Thank you for your cooperation and immediate attention in this matter.

Very truly yours,

William R. Holzapfel
City Attorney

WRH/mf
Cc: Robert F. Varady, Esq.
     Bryan Walter, claimant - bryanwalters346@gmail.com

 Gmail

**Bryan Walters <bryanwalters346@gmail.com>**

## Claimants: Bryan Walters ; State Risk Claim No: RC25-0005203; D/A: 2/6/2023; Case type: General Tort Claim

**NJ STATE CLAIMS** <state.njclaims@treas.nj.gov>                    Wed, Oct 15, 2025 at 12:54 PM
To: "bryanwalters346@gmail.com" <bryanwalters346@gmail.com>



New State Risk Claim No: RC25-0005203

Date of Occurrence: 2/6/2023

Claimant: Bryan Walters

Type of Case: General Tort Claim

Claim & Incident Category: Property Damage, False Arrest, Malicious Prosecution, and/or Wrongful Imprisonment

Location: Newark International Airport, Elizabeth, NJ

This will acknowledge receipt of your Notice of Claim.  Under the provisions of the New Jersey Tort Claims Act, N.J.S.A. 59:1-1 et seq, persons having claims against the State, its departments or agencies are required to present them by filing a notice of claim within ninety (90) days from the date of the accrual of their claim. In certain instances, permission to file a late claim may be obtained from the Superior Court provided that this is done within one year from the date of accrual of the claim.

Your claim submittal indicates that more than a year has passed since the accrual of your claim. As such, the claim is barred by the statute and cannot be entertained by this office.

Should you have any new evidence or information that reportedly refutes or contradicts the above determination, please feel free to file an **Appeal** for reconsideration and further review. Please note that if you are one of multiple "qualified" claimants on the case, and you are not the main point of contact, you will not be able to access the Appeal link. If that is the case, you will need to email your appeal letter and supporting documents to the investigator if you feel you have a valid issue on appeal.

Sincerely,

*Justin Klama*
Justin Klama
(609) 984-2355
Justin.Klama@treas.nj.gov
State of NJ - NJ Treasury - Division of Risk Management

Notice: When responding to this email, please do not delete or change the contents of the original email received.

Claim ID:[a01cs000016wKDIAAM];
-------------------------------------------------------------------------------------------------------------------------
Notice: Please use the authorization code below when DRM has added a secured Link to this email. Enter the code, and then click on the "verify code" highlighted in blue to access the link page.
-------------------------------------------------------------------------------------------------------------------------
Authorization Code:[AMwKIAMK];

Gmail - Claimant: Bryan Walters, State Risk Claim No. RC25-0005203; D/A 2/16/2025, Case Type: General Tort Claim

-------------------------------------------------------------------------------

Notice: When responding to this email, please do not delete or change the contents of the original email received.

-------------------------------------------------------------------------------

Claim ID:[a01cs000016wKDl];



---

## Fwd: Civilian Complaint Determination Walters v State of new jersey new complaint.

12 messages

---

**Bryan Walters** <bryanwalters346@gmail.com>                                    Fri, Jan 10, 2025 at 3:03 PM
To: wholzapfel@elizabethnj.org, opia.siu@njdcj.org, philip.sellinger@usdoj.gov

Hello,

I am forwarding you in on this complaint.

---------- Forwarded message ---------
From: **Bryan Walters** <bryanwalters346@gmail.com>
Date: Fri, Jan 10, 2025, 2:48 PM
Subject: Re: Civilian Complaint Determination
To: PAOIGCCIU <paoigcciu@panynj.gov>


Hello,

I found the actions of the officer unlawful or a breach of procedure because after requesting officer Mathew and officer Archibald's probable cause, the officers were unable to articulate their probable cause. They claimed I was in the airport for 4 days. I was in the airport on a layover. There is currently no evidence supporting the officers initial claims of probable cause. I will be taking this issue up in court. I further did not refuse to show my ID or ticket. The officers approached me at the time for boarding. I later attempted to show my ID and boarding pass. I was arrested while looking for my ticket. The officers arrested me, found my ticket and continued to arrest me. They could have asked my name and went to the font counter to find out if my name matched any of the individuals on the flight. The officers breached procedure. I did not show any sign of refusal it was an embarrassing situation and I told the officers "Fuck you." If you do not find a reasonable grounds or the video footage of the detainment for evidence is will be filing a civil lawsuit against the state and your municipality will be included in the claim. Attached to this email is the video evidence of the situation. The officer said it was perfectly fine for me to leave. As I walked to the gate for boarding I stopped to give them my information. During my search I was wrongfully arrested while looking for my ticket. That is unfair to me and anyone else traveling.

Bryan Walters

---

**From:** PAOIGCCIU <paoigcciu@panynj.gov>
**Sent:** Friday, January 10, 2025 12:30 PM
**To:** Bryan Walters <bryanwalters346@gmail.com>
**Cc:** Domingues, Antonio <adomingues@panynj.gov>
**Subject:** Civilian Complaint Determination


Good Afternoon,


Please see the attached Civilian Complaint Determination.


Thank you,

Office of Inspector General

A close up of a sign Description automatically generated

1-800-435-2035 (office) | paoigcciu@panynj.gov (email)

5 Marine View Plaza, Suite 320, Hoboken NJ 07030

        www.panynj.gov

NOTICE: THIS E-MAIL AND ANY ATTACHMENTS CONTAIN INFORMATION FROM THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY AND AFFILIATES. IF YOU BELIEVE YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY, PERMANENTLY DELETE THIS E-MAIL (ALONG WITH ANY ATTACHMENTS), AND DESTROY ANY PRINTOUTS.

---

**9 attachments**

🖼 **image007.png**
1 KB

🖼 **image012.png**
155 B

🖼 **image011.png**
7 KB

🖼 **image006.png**
1 KB

🖼 **image008.png**
2 KB

🖼 **image010.png**
3 KB

🖼 **image009.png**
1 KB

🎬 **Exhibit #1A.mp4**
3.4 MB

🎬 **Exhibit #2A.mp4**
20.4 MB

---

**Bryan Walters** <bryanwalters346@gmail.com>                    Fri, Jan 10, 2025 at 4:22 PM
To: wholzapfel@elizabethnj.org, opia.siu@njdcj.org, philip.sellinger@usdoj.gov

This issue has caused me to be expelled from fgcu and miss an assignment supporting their decision to expel me from their university. It also caused emtional and mental damages and damages to my reputation as a person. Your state and it's officers also prevented me from filing my claim. This is unfair and a breach of duty.

Bryan Walters

[Quoted text hidden]

To: mayor@elizabethnj.org

Hello,

Mayor Ballwage this is Bryan Walters I am a student at the University of West Florida. I experienced a tort at the airport located in your city. I was arrested for disorderly and obstruction. I did not do either. I stopped when the officers told me to stop. I did not trust the individuals who approached me at first but I did attempt to look for my boarding pass after a seargent arrived. While looking for my ticket I was arrested. I did not know my ticket was in my pocket. The Elizabeth Police Department Officer found my ticket in my pocket and still arrested me away. They said when the found it so...just obstruction and disorderly, no trespass...I think it was unfair and I requested some action but the city attorney, port authority, and New jersey ag failed to do anything about it. I was kicked out of FGCU for that arrest, it was one of the reasons the schools let me go. I would like some justice in this matter i am still being charged for this and threatened to appear in court after presenting my argument. I was further denied the ability to file a civil rights complaint in state and federal court. I am requesting some assistance I would like to litigate for monetary damages. I am not a criminal and any documents that claim I was trespassing is a lie or slander. Attached is some documents all efforts were rejected. Maybe you may find some some luck, my next court appearance is on March 5th 2025 @ 9:00 am.

Bryan Walters

[Quoted text hidden]

---

**5 attachments**

**Screenshot_20240122_111731_Chrome.jpg**
382 KB

**Screenshot_20240122_111736_Chrome.jpg**
383 KB

**Initial Notification Letter - Citizen-Bryan Walters-1.pdf**
146 KB

**24-001 CCRB-1.pdf**
262 KB

**Bryan Walters v. COE TC-105-2023.pdf**
4 MB

---

**J. Christian Bollwage, Mayor** <mayor@elizabethnj.org>                Mon, Mar 3, 2025 at 3:00 PM
To: Bryan Walters <bryanwalters346@gmail.com>

I am sorry to read about your troubles yet this was not Elizabeth Police Officers..The Port Authority officers are separate from our City...

---

**From:** Bryan Walters <bryanwalters346@gmail.com>
**Sent:** Sunday, March 2, 2025 10:24 PM
**To:** J. Christian Bollwage, Mayor <mayor@elizabethnj.org>
**Subject:** Fwd: Civilian Complaint Determination Walters v State of new jersey new complaint.

**\*\*\* CAUTION \*\*\***

This message came from an **EXTERNAL** address. **DO NOT** click on links or attachments unless you know the sender and the content is safe. **Suspicious?** Forward the message to spamreport@elizabethnj.org

[Quoted text hidden]

---

**Bryan Walters** <bryanwalters346@gmail.com>                Tue, Mar 4, 2025 at 5:38 PM
To: J. Christian Bollwage, Mayor <mayor@elizabethnj.org>

Yes the message was received when I came and made it to the airport security I waited for them to arrive. None of them had bwc.

[Quoted text hidden]

---

**J. Christian Bollwage, Mayor** <mayor@elizabethnj.org>                    Tue, Mar 4, 2025 at 5:47 PM
To: Bryan Walters <bryanwalters346@gmail.com>

you need an attorney I cannot interfere

Sent from my Verizon, Samsung Galaxy smartphone
[Quoted text hidden]

---

**Bryan Walters** <bryanwalters346@gmail.com>                    Tue, Mar 4, 2025 at 6:00 PM
To: J. Christian Bollwage, Mayor <mayor@elizabethnj.org>

Okay thank you for your response, I am 100% positive indirect saw Elizabeth Police Department on the car and they drove me to the jail at the airport. I was release the next day or in a few hours and given a ticket. The wrongful arrest occurred at the time of my flight. I was not satisfied with a new ticket. I wanted compensation. I still cannot understand why I'm in court. No attorneys will take on this case nor will the city nor state respond to my claims of false statements. I really think you should look into this matter. I hope you do, I do not want to be in court anymore for things I did not do. It is causing many issues in my life and the way I am precived in public. I am currently awaiting criminal with a record for something I did not do in your city and state i hope you find it wrong and take some action towards ensuring the correct records of individuals are made in your city and state.

Bryan Walters

---

**From:** J. Christian Bollwage, Mayor <mayor@elizabethnj.org>
**Sent:** Tuesday, March 4, 2025 4:47 PM
**To:** Bryan Walters <bryanwalters346@gmail.com>
**Subject:** RE: Civilian Complaint Determination Walters v State of new jersey new complaint.

[Quoted text hidden]

---

**J. Christian Bollwage, Mayor** <mayor@elizabethnj.org>                    Tue, Mar 4, 2025 at 6:10 PM
To: Bryan Walters <bryanwalters346@gmail.com>

Let me be very clear...Your information indicates it was Port Authority Police ..The Elizabeth Police is not on the documents you sent..Under the law a Mayor in NJ hopefully in the entire country cannot intervene and make an arrest eradicated ...You need to deal with the Court system...Best Wishes
[Quoted text hidden]

---

**Bryan Walters** <bryanwalters346@gmail.com>                    Tue, Mar 4, 2025 at 7:14 PM
To: J. Christian Bollwage, Mayor <mayor@elizabethnj.org>

Okay I explained to you what happened and it seem like your telling me legalities instead of writing the wrong done. I don't know what to tell you, but I understand the Mayor has no direct authority to make that call but you do have control over the city attorney and can request a NJSA 2C:13-3. It could be under false claims. I did notify you of the issue, and you have failed to act on my behalf. Good luck

Bryan Walters
[Quoted text hidden]

---

**Bryan Walters** <bryanwalters346@gmail.com>                    Tue, Mar 18, 2025 at 5:59 PM

To
<NJAG.ElectronicService.CivilMatters@law.njoag.gov>, City of Elizabeth Municipal Court 1
<municipalcourt1@elizabethnj.org>, ABCpublic@njoag.gov, oae.mbx@njcourts.gov, AOC-ACJCInfo.MBX@njcourts.gov,
olepsmain@njoag.gov

UNN-L-001463-26   03/31/2026   Pg 62 of 75   Trans ID: LCV2026858716
Case 2:26-cv-05292-ES-MAH   Document 1-2   Filed 05/11/26   Page 65 of 87 PageID: 70

Hello,

Here is the conversation with the mayor of Elizabeth, NJ. I cannot explain this information.

[Quoted text hidden]

---

**City of Elizabeth Municipal Court 1** <municipalcourt1@elizabethnj.org>                Thu, Mar 20, 2025 at 1:47 PM
To: Bryan Walters <bryanwalters346@gmail.com>

Mr. Walters,

Judge Montes recalled the warrant for the last time. Your new court is on 04/14/25 01:30 pm
trough zoom see information below. Make arrangements to attend.

MEETING ID: 995 1994 0652
PASSWORD: 429755


https://zoom.us/j/99519940652?pwd=azCTCUHYwg2YGr0gqzIaoJCRTE1Pbz.1


*Rita Silva*
Clerk
Elizabeth Municipal Court
1 Police Plaza Elizabeth, NJ 07201
Phone: (908) 558-6800
Fax: (908) 558-1503

---

**From:** Bryan Walters <bryanwalters346@gmail.com>
**Sent:** Tuesday, March 18, 2025 4:59 PM
**To:** oig.hotline@usdoj.gov <oig.hotline@usdoj.gov>; OCR <OCR@ed.gov>; njdtraining@njd.uscourts.gov
<njdtraining@njd.uscourts.gov>; NJAG.ElectronicService.CivilMatters <NJAG.ElectronicService.
CivilMatters@law.njoag.gov>; City of Elizabeth Municipal Court 1 <municipalcourt1@elizabethnj.org>;
ABCpublic@njoag.gov <ABCpublic@njoag.gov>; oae.mbx@njcourts.gov <oae.mbx@njcourts.gov>; AOC-
ACJCInfo.MBX@njcourts.gov <AOC-ACJCInfo.MBX@njcourts.gov>; olepsmain@njoag.gov
<olepsmain@njoag.gov>
[Quoted text hidden]

[Quoted text hidden]

---

**Bryan Walters** <bryanwalters346@gmail.com>                Thu, Mar 20, 2025 at 3:11 PM
To: City of Elizabeth Municipal Court 1 <municipalcourt1@elizabethnj.org>

Okay thank you will be there.

---

**From:** City of Elizabeth Municipal Court 1 <municipalcourt1@elizabethnj.org>
**Sent:** Thursday, March 20, 2025 12:47 PM
**To:** Bryan Walters <bryanwalters346@gmail.com>
[Quoted text hidden]

[Continued...]

 Gmail

**Bryan Walters <bryanwalters346@gmail.com>**

---

# "SERVICE OF COURT DOCUMENTS" Walters v State of New Jersey - New formal Complaint

5 messages

---

**Bryan Walters** <bryanwalters346@gmail.com>                                      Tue, Dec 26, 2023 at 8:15 AM
To: opia.siu@njdcj.org, philip.sellinger@usdoj.gov, wholzapfel@elizabethnj.org

Hello,

This is Bryan Walters I am sending you my formal complaint pursuant to NJ. Const., Art. VI, sec. 2, par. 3, the provisions of Rule 4:4- 4(a)(7). Mr. Walters will be filing suit against the State of New Jersey for negligence if there is nothing done to compensate him for the false arrest. Mr. Walters will take the situation to the supreme court if necessary as he has filed in circuit civil and denied filing due to indigencey. The paperwork of Mr. Walters's university debt was insufficient. This is not a reason to deny a complaint in circuit civil court.

Bryan Walters

---

 **Copy of Blank pleading pape0 - Google Docs.pdf**
9317K

---

**Bryan Walters** <bryanwalters346@gmail.com>                                      Tue, Dec 26, 2023 at 8:53 AM
To: policecomplaints@elizabethnj.org

Hello,

I am making a formal complaint to your office about the situation. I have filed a victim's complaint which was rejected. I am now forwarding you in on this email as a formal complaint about the false arrest. It has caused me damages and I still do not have a court date.

Bryan Walters
[Quoted text hidden]

---

**2 attachments**

 **Copy of Blank pleading pape0 - Google Docs.pdf**
9317K

 **Internal-Affairs-Report-Form.pdf**
361K

---

**Bryan Walters** <bryanwalters346@gmail.com>                                      Tue, Dec 26, 2023 at 9:06 AM
To: opia.siu@njdcj.org, philip.sellinger@usdoj.gov, wholzapfel@elizabethnj.org, policecomplaints@elizabethnj.org

Here is my formal complaint with compensation demands.
[Quoted text hidden]

---

 **Copy of Blank pleading pape0 - Google Docs.pdf**
9338K

---

**Bryan Walters** <bryanwalters346@gmail.com>                                      Tue, Dec 26, 2023 at 9:14 AM

UNN-L-001463-26   03/31/2026   Pg 65 of 75   Trans ID: LCV2026858716

10/17/25, 1:25 PM Case 2:26-cv-05283-ES-MAH Gmail - SERVICE OF COURT DOCUMENTS Walters v. State of New Jersey - New formal Complaint. Page 68 of 87 PageID: 73

To: merrick.garland@supremecourt.gov

Hello,

Here is my New Jersey complaint. I did send them a formal complaint with compensation demands.

[Quoted text hidden]

**2 attachments**

 **Copy of Blank pleading pape0 - Google Docs.pdf**
9317K

 **Internal-Affairs-Report-Form.pdf**
361K

---

**Bryan Walters** <bryanwalters346@gmail.com>                                Wed, Dec 27, 2023 at 12:29 PM
To: InspectorGeneral@panynj.gov

Hello,

I am forwarding you on a formal complaint. I was falsely arrested in Newark Liberty Airport by port Authority police.

[Quoted text hidden]

**2 attachments**

 **Copy of Blank pleading pape0 - Google Docs.pdf**
9317K

**Internal-Affairs-Report-Form.pdf**
361K

UNN-L-001463-26   03/31/2026   Pg 66 of 75   Trans ID: LCV2026858716

10/17/25, 2:25 PM   Case 2:26-cv-05283-ES-MAH   Document 1-2 - Walters v State of New Jersey   Filed 05/11/26   Page 69 of 87 PageID: 74

 **Gmail**

Bryan Walters <bryanwalters346@gmail.com>

---

## Walters v State of New Jersey
2 messages

---

**Bryan Walters** <bryanwalters346@gmail.com>                                       Mon, Jan 22, 2024 at 2:15 PM
To: cardilelaw@gmail.com

Hello,

This is Bryan Walters I am emailing you regarding the Legal Shield case NFL ZJQ R44. Member number 10163900524. I need representation regarding a breach of contract. I was wrongfully arrested at Newark Liberty Airport by Port Authority police minutes before my flight. The Elizabeth Police department took me to jail. The charge was obstruction and disorderly. I am still in municipal court awaiting the final judgement. The criminal matter is attached to this email. I have made my formal complaint and there is no response to the damages. I have lost my contract with a federal agency at FGCU, because of the wrongful arrest and court process.

Bryan Walters

---

**9 attachments**



**Screenshot_20240122_111736_Chrome.jpg**
375K



**Screenshot_20240122_111731_Chrome.jpg**
374K

 **Initial Notification Letter - Citizen-Bryan Walters-1.pdf**
143K

 **24-001 CCRB-1.pdf**
257K

**Bryan Walters v_ COE TC-105-2023.pdf**
1024K

**Notice of Claim Form (2)_240102_132143PDF_240102_132400 (1).pdf**
1382K

**OP.pdf**
3813K

---

UNN-L-001463-26   03/31/2026   Pg 67 of 75   Trans ID: LCV2026858716

10/17/25, 2:25 PM   Case 2:26-cv-05283-ES-MAH   Document 1-2   Gmail - Walters v. State of New Jersey   Filed 05/11/26   Page 70 of 87 PageID: 75

📄 **OPIA Report Corruption Form - New Jersey Office of Attorney General.pdf**
41K

📄 **IAPP Complaint Form - New Jersey Office of Attorney General.pdf**
29K

---

**Bryan Walters** <bryanwalters346@gmail.com>                                    Mon, Jan 22, 2024 at 2:24 PM
To: cardilelaw@gmail.com

Hello,

I am no longer with Florida Gulf Coast University for other reasons but partially due to the wrongful arrest at the airport. I missed assignments which my teacher recorded and I was not heard properly at the Student Code of conduct meeting when I told them officers were negligently arresting me. They neglected my complaint due to the wrongful arrest in NJ. I Need representation for a new civil case against the state. It would be a contingency agreement.

Bryan Walters

[Quoted text hidden]

UNN-L-001463-26   03/31/2026   Pg 68 of 75   Trans ID: LCV2026858716

10/17/25, 12:55 PM Case 2:26-cv-05283-ES-MAH   Gmail - SERVICE OF COURT DOCUMENTS; REQUEST, S-2023-214-2004 State vs. Walters Filed 05/11/26   Page 71 of 87 PageID: 76



**Bryan Walters <bryanwalters346@gmail.com>**

---

# SERVICE OF COURT DOCUMENTS; REQUEST, S-2023-214-2004 State vs. Walters
2 messages

---

**Bryan Walters** <bryanwalters346@gmail.com>                                Tue, Mar 18, 2025 at 3:29 PM
To: City of Elizabeth Municipal Court 1 <Municipalcourt1@elizabethnj.org>, "NJAG.ElectronicService.CivilMatters"
<NJAG.ElectronicService.CivilMatters@law.njoag.gov>, njcja@njd.uscourts.gov, DOJ.OIP.FOIA@usdoj.gov

Hello,

This is Bryan Walters I am making a reaquite to the judge to have the bench warrant removed from my case. I would like
to appear. I need to appear to have this matter resolved. Again I did file a motion to dismiss I think the court may want to
check it out if they want to show transparency in the court and law.

s/Bryan Walters

---

 **EMRBW.pdf**
287K

---

**NJAG.ElectronicService.CivilMatters** <NJAG.ElectronicService.CivilMatters@law.njoag.gov>         Wed, Mar 19, 2025 at
                                                                                                    2:37 PM
To: Bryan Walters <bryanwalters346@gmail.com>

Service in this matter is rejected due to improper service.  No further action will be taken in this regard.

Thank you.

[Quoted text hidden]

CONFIDENTIALITY NOTICE The information contained in this communication from the Office of the New Jersey
Attorney General is privileged and confidential and is intended for the sole use of the persons or entities who are the
addressees. If you are not an intended recipient of this e-mail, the dissemination, distribution, copying or use of the
information it contains is strictly prohibited. If you have received this communication in error, please immediately contact
the Office of the Attorney General at (609) 292-4925 to arrange for the return of this information.



Bryan Walters <bryanwalters346@gmail.com>

---

## Service of Court Documents, Walters v State of New Jersey, New Case

14 messages

---

**Bryan Walters** <bryanwalters346@gmail.com>                    Thu, Feb 9, 2023 at 10:40 AM
To: OAGpress@njoag.gov

Hello,

This is Bryan Walters I am filing a new complaint in the State of New Jersey for an amount exceeding $20,000.00. I am subject to inform you by law. I will let you know the case number. Attached to this email is a copy of the complaint. I will also file a complaint on the website.

 **output.pdf**
3831K

---

**Bryan Walters** <bryanwalters346@gmail.com>                    Thu, Feb 9, 2023 at 10:43 AM
To: AskConsumerAffairs@dca.lps.state.nj.us

Hello,

This is Bryan Walters. I am forwarding you in the email below to notify you of a lawsuit.
[Quoted text hidden]

 **output.pdf**
3831K

---

**OAG Press** <OAGPress@njoag.gov>                    Thu, Feb 9, 2023 at 10:46 AM
To: Bryan Walters <bryanwalters346@gmail.com>

Hello,

You have reached the Attorney General's press office. Unfortunately, we handle only reporters from the media in this department. If you have any questions, concerns, comments or complaints - please call Constituent Services at 609-984-5828 or email them at ocs@njoag.gov. Please remove us from your email group.

Thank you,

Office of the Attorney General

Dept. of Communications

[Quoted text hidden]
CONFIDENTIALITY NOTICE The information contained in this communication from the Office of the New Jersey Attorney General is privileged and confidential and is intended for the sole use of the persons or entities who are the addressees. If you are not an intended recipient of this e-mail, the dissemination, distribution, copying or use of the

---

10/17/25, 12:58 PM                    Gmail - Service of Court Documents, Walters v State of New Jersey, New Case

information it contains is strictly prohibited. If you have received this communication in error, please immediately contact the Office of the Attorney General at (609) 292-4925 to arrange for the return of this information.

---

**DOA OCS** <ocs@njoag.gov>                                    Thu, Feb 9, 2023 at 11:00 AM
To: "bryanwalters346@gmail.com" <bryanwalters346@gmail.com>

Mr. Walters,


Please be advised that the attachment you mention in your email was not attached.  Can you please re-submit it to this this email?  Thank you


Kristi Golden

Assistant Director

Office of Constituent Services

Division of Administration

Office of Attorney General

609-984-5828





---

**From:** OAG Press <OAGPress@njoag.gov>
**Sent:** Thursday, February 9, 2023 10:47 AM
**To:** Bryan Walters <bryanwalters346@gmail.com>
**Subject:** RE: [EXTERNAL] Service of Court Documents, Walters v State of New Jersey, New Case


Hello,


You have reached the Attorney General's press office. Unfortunately, we handle only reporters from the media in this department. If you have any questions, concerns, comments or complaints - please call Constituent Services at 609-984-5828 or email them at ocs@njoag.gov. Please remove us from your email group.

UNN-L-001463-26  03/31/2026  Pg 71 of 75  Trans ID: LCV2026858716

10/17/25, 12:34 PM  Case 2:26-cv-05283-ES-MAH  Gmail - Service of Court Documents, Walters 1 State of New Jersey, New Case  Document 1-2  Filed 05/11/26  Page 74 of 87 PageID: 79

Thank you,


Office of the Attorney General

Dept. of Communications




**From:** Bryan Walters <bryanwalters346@gmail.com>
**Sent:** Thursday, February 9, 2023 10:41 AM
**To:** OAG Press <OAGPress@njoag.gov>
**Subject:** [EXTERNAL] Service of Court Documents, Walters v State of New Jersey, New Case


Hello,


This is Bryan Walters I am filing a new complaint in the State of New Jersey for an amount exceeding $20,000.00. I am subject to inform you by law. I will let you know the case number. Attached to this email is a copy of the complaint. I will also file a complaint on the website.

[Quoted text hidden]

---

**Bryan Walters** <bryanwalters346@gmail.com>                    Thu, Feb 9, 2023 at 12:06 PM
To: ocs@njoag.gov


Hello,

I did receive your email from the attorney general's office to bryanwalters346@gmail.com. I am sending you the complaint for the same case through a new email address which I am forwarding you in on this notification. Attached to the email is the complaint.

Bryan Walters
---------- Forwarded message ---------
From: **Bryan Walters** <bryanwalters346@gmail.com>
Date: Thu, Feb 9, 2023 at 10:40 AM
[Quoted text hidden]
[Quoted text hidden]

---

 **output.pdf**
3831K

---

**Bryan Walters** <bryanwalters346@gmail.com>                    Mon, Feb 13, 2023 at 7:35 AM
To: NJAG.ElectronicService.CivilMatters@law.njoag.gov

Hello,

I am forwarding you in on the messages as a recipient.
[Quoted text hidden]

---

UNN-L-001463-26   03/31/2026   Pg 72 of 75   Trans ID: LCV2026858716

10/17/25, 2:26 PM Case 2:26-cv-05283-ES-MAH Gmail - Solicitation Court Documents, Walters 1 State of New Jersey, New Case PageID: 80


**output.pdf**
3831K

---

**NJAG.ElectronicService.CivilMatters** <NJAG.ElectronicService.CivilMatters@law.njoag.gov>

To: Bryan Walters <bryanwalters346@gmail.com>

Mon, Feb 13, 2023 at
7:36 AM

This is an auto-reply confirming receipt of your email.

Pursuant to revised R. 4:4-4(a)(7), the Attorney General is authorized to accept electronic service upon the State and State departments and agencies.

The Attorney General is not authorized to accept electronic service on behalf of:

(1)   current or former State officers or employees with the exception of Governor Philip Murphy, New Jersey Acting Attorney General Andrew Bruck and the Director of Law, Michelle Miller; and

(2)   State entities that have statutory authority to sue-and-be sued.

The Attorney General reserves the right to reject your attempt to serve an individual or entity identified above.

If your attempt to serve is rejected, a message will be sent to the email address from which the Summons and Complaint was received within five business days.

If a notice of rejection is not received within five business days, service is effective as of the date of this email.

[Quoted text hidden]

---

**NJAG.ElectronicService.CivilMatters**
<NJAG.ElectronicService.CivilMatters@law.njoag.gov>
To: Bryan Walters <bryanwalters346@gmail.com>

Mon, Feb 13, 2023 at 4:11
PM

Your matter was received.

For review.

Ellen Seitz
Agency Service Representative

Your matter was received.

For review.

UNN-L-001463-26  03/31/2026  Pg 73 of 75  Trans ID: LCV2026858716

10/17/25, 12:38 PM Case 2:26-cv-05283-ES-MAH Gmail Document 1-2 of Court Filed 05/11/26 State of Page 76 of 87 New Case PageID: 81

---

**From:** Bryan Walters <bryanwalters346@gmail.com>
**Sent:** Monday, February 13, 2023 7:35 AM
**To:** NJAG.ElectronicService.CivilMatters <NJAG.ElectronicService.CivilMatters@law.njoag.gov>
**Subject:** [EXTERNAL] Fwd: Service of Court Documents, Walters v State of New Jersey, New Case

[Quoted text hidden]
[Quoted text hidden]

---

 **output.pdf**
3831K

---

Bryan Walters <bryanwalters346@gmail.com>                Mon, Feb 13, 2023 at 4:16 PM
To: "NJAG.ElectronicService.CivilMatters" <NJAG.ElectronicService.CivilMatters@law.njoag.gov>

Thank you for you response.

Get Outlook for Android

---

**From:** NJAG.ElectronicService.CivilMatters <NJAG.ElectronicService.CivilMatters@law.njoag.gov>
**Sent:** Monday, February 13, 2023 4:11:32 PM
**To:** Bryan Walters <bryanwalters346@gmail.com>
**Subject:** Re: [EXTERNAL] Fwd: Service of Court Documents, Walters v State of New Jersey, New Case

[Quoted text hidden]

---

**NJAG.ElectronicService.CivilMatters** <NJAG.ElectronicService.CivilMatters@law.njoag.gov>        Mon, Feb 13, 2023 at
4:16 PM

To: Bryan Walters <bryanwalters346@gmail.com>

This is an auto-reply confirming receipt of your email.

Pursuant to revised R. 4:4-4(a)(7), the Attorney General is authorized to accept electronic service upon the State and State departments and agencies.

The Attorney General is not authorized to accept electronic service on behalf of:

(1)   current or former State officers or employees with the exception of Governor Philip Murphy, New Jersey Acting Attorney General Andrew Bruck and the Director of Law, Michelle Miller; and

(2)   State entities that have statutory authority to sue-and-be sued.

The Attorney General reserves the right to reject your attempt to serve an individual or entity identified above.

If your attempt to serve is rejected, a message will be sent to the email address from which the Summons and Complaint was received within five business days.

If a notice of rejection is not received within five business days, service is effective as of the date of this email.

CONFIDENTIALITY NOTICE The information contained in this communication from the Office of the New Jersey Attorney General is privileged and confidential and is intended for the sole use of the persons or entities who are the addressees. If you are not an intended recipient of this e-mail, the dissemination, distribution, copying or use of the information it contains is strictly prohibited. If you have received this communication in error, please immediately contact the Office of the Attorney General at (609) 292-4925 to arrange for the return of this information.

**Bryan Walters** <bryanwalters346@gmail.com>                                        Wed, Jan 24, 2024 at 11:14 AM
To: "NJAG.ElectronicService.CivilMatters@law.njoag.gov" <NJAG.ElectronicService.CivilMatters@law.njoag.gov>

The state has not responded to the formal complaint filed i am going to file suit.

Bryan Walters

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**From:** Bryan Walters <bryanwalters346@gmail.com>
**Sent:** Monday, February 13, 2023 7:35:28 AM
**To:** NJAG.ElectronicService.CivilMatters@law.njoag.gov <NJAG.ElectronicService.CivilMatters@law.njoag.gov>
**Subject:** Fwd: Service of Court Documents, Walters v State of New Jersey, New Case

[Quoted text hidden]

---

**Bryan Walters** <bryanwalters346@gmail.com>                                        Wed, Jan 24, 2024 at 11:16 AM
To: "NJAG.ElectronicService.CivilMatters@law.njoag.gov" <NJAG.ElectronicService.CivilMatters@law.njoag.gov>

Hello,

The State of New Jersey has refused to respond. I am going to file suit against the state for negligence and wrongful imprisonment.

Bryan Walters

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**From:** Bryan Walters <bryanwalters346@gmail.com>
**Sent:** Monday, February 13, 2023 7:35:28 AM
**To:** NJAG.ElectronicService.CivilMatters@law.njoag.gov <NJAG.ElectronicService.CivilMatters@law.njoag.gov>
**Subject:** Fwd: Service of Court Documents, Walters v State of New Jersey, New Case

[Quoted text hidden]

---

**NJAG.ElectronicService.CivilMatters** <NJAG.ElectronicService.CivilMatters@law.njoag.gov>                 Fri, Jan 26, 2024 at 10:47 AM
To: Bryan Walters <bryanwalters346@gmail.com>

Please be advised service is rejected due to improper service and no further action will be taken in regards to this matter.  Thank you.

**From:** Bryan Walters <bryanwalters346@gmail.com>
**Sent:** Wednesday, January 24, 2024 11:15 AM
**To:** NJAG.ElectronicService.CivilMatters <NJAG.ElectronicService.CivilMatters@law.njoag.gov>

[Quoted text hidden]

[Quoted text hidden]

CONFIDENTIALITY NOTICE The information contained in this communication from the Office of the New Jersey Attorney General is privileged and confidential and is intended for the sole use of the persons or entities who are the addressees. If you are not an intended recipient of this e-mail, the dissemination, distribution, copying or use of the information it contains is strictly prohibited. If you have received this communication in error, please immediately contact the Office of the Attorney General at (609) 292-4925 to arrange for the return of this information.

---

**NJAG.ElectronicService.CivilMatters** <NJAG.ElectronicService.CivilMatters@law.njoag.gov>          Fri, Jan 26, 2024 at 10:49 AM

To: Bryan Walters <bryanwalters346@gmail.com>

We are unable to accept service of this matter due to the fact that the required documentation for us to verify is not included.  Please be advised that no further action will be taken on this matter and service is rejected for improper service.  Thank you.

---

**From:** Bryan Walters <bryanwalters346@gmail.com>
**Sent:** Wednesday, January 24, 2024 11:16 AM
**To:** NJAG.ElectronicService.CivilMatters <NJAG.ElectronicService.CivilMatters@law.njoag.gov>

[Quoted text hidden]

[Quoted text hidden]

CONFIDENTIALITY NOTICE The information contained in this communication from the Office of the New Jersey Attorney General is privileged and confidential and is intended for the sole use of the persons or entities who are the addressees. If you are not an intended recipient of this e-mail, the dissemination, distribution, copying or use of the information it contains is strictly prohibited. If you have received this communication in error, please immediately contact the Office of the Attorney General at (609) 292-4925 to arrange for the return of this information.



### New Jersey Judiciary
### Civil Practice Division
# Civil Case Information Statement (CIS)

Use for initial Law Division Civil Part pleadings (not motions) under Rule 4:5-1.
Pleading will be rejected for filing, under Rule 1:5-6(c), if information above the
black bar is not completed, or attorney's signature is not affixed.

**For Use by Clerk's Office Only**

| Payment type ☐ check ☐ charge ☐ cash | Charge/Check Number | Amount $ | Overpayment $ | Batch Number |
|---|---|---|---|---|

| Attorney/Pro Se Name | Telephone Number | County of Venue |
|---|---|---|
| Bryan Walters | 904-891-4840 | Union |

| Firm Name (if applicable) | Docket Number (when available) |
|---|---|
| N/A | |

| Office Address - Street | City | State | Zip |
|---|---|---|---|
| N/A | Jacksonville | FL | 32257 |

| Document Type | Jury Demand |
|---|---|
| Complaint | ☐ Yes ☐ No |

| Name of Party (e.g., John Doe, Plaintiff) | Caption |
|---|---|
| State of New Jersey et al. | N/A |

Case Type Number (See page 3 for listing)     620

| | | |
|---|---|---|
| Are sexual abuse claims alleged? | ☐ Yes | ■ No |
| Does this case involve claims related to COVID-19? | ☐ Yes | ■ No |
| Is this a professional malpractice case? | ■ Yes | ☐ No |

If "Yes," see N.J.S.A. 2A:53A-27 and applicable case law
regarding your obligation to file an affidavit of merit.

| Related Cases Pending? | ■ Yes | ☐ No |
|---|---|---|

If "Yes," list docket numbers
S 2023 214

| Do you anticipate adding any parties (arising out of same transaction or occurrence)? | ■ Yes | ☐ No |
|---|---|---|

| Name of defendant's primary insurance company (if known) | ☐ None | ☐ Unknown |
|---|---|---|

Department of Risk Management

| The Information Provided on This Form Cannot be Introduced into Evidence. |
|---|

Case Characteristics for Purposes of Determining if Case is Appropriate for Mediation

Do parties have a current, past or recurrent relationship?     ☐ Yes     ■ No

If "Yes," is that relationship:

☐ Employer/Employee     ☐ Friend/Neighbor     ☐ Familial     ☐ Business

☐ Other (explain) _____

Does the statute governing this case provide for payment of fees by the losing party?     ■ Yes     ☐ No

Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition.

Loss of student status, credibility with the ASME, NSF, and other orgnizations in science.

Do you or your client need any disability accommodations?     ☐ Yes     ■ No
    If yes, please identify the requested accommodation:

Will an interpreter be needed?     ☐ Yes     ■ No
    If yes, for what language?

**I certify that confidential personal identifiers have been redacted from documents now submitted to the court and will be redacted from all documents submitted in the future in accordance with Rule 1:38-7(b).**

Attorney/Self-Represented Litigant Signature: _____

**Bryan Walters**

**9411 Osprey Branch Trail Unit 7**

**Jacksonville, FL 32257**

**904-891-4840**

**Bryanwalters346@gmail.com**

**SUPERIOR COURT OF NEW JERSEY**

**LAW DIVISION — UNION COUNTY**

| | |
|---|---|
| **Bryan Walters** | **New Case** |
| Plaintiff, | Notice of Late Filing |
| vs. | |
| **State of New Jersey et al.** | |
| Defendant, | |

**PLEASE TAKE NOTICE** that on **a future date**, the undersigned counsel will move before the Honorable **Judge**, at the Union County Courthouse, for an Order granting Plaintiff, BRYAN WALTERS, leave to file a Late Notice of Tort Claim with respect to the claim that arose on February 6, 2023, against the public entities named herein.

In support of this Motion, the Plaintiff asserts that the failure to file the Notice of Claim within the statutory 90-day period was due to **"extraordinary**

**circumstances"** resulting from the traumatic and ongoing nature of the incident, the subsequent criminal proceedings, and the unique and complex financial and academic injuries sustained, which prevented the Plaintiff from focusing on the civil legal requirements.

The Defendants will not be substantially prejudiced by the late filing because **The Defendant public entities were immediately aware of the incident and possessed all relevant reports, or criminal proceedings were already ongoing.**

The filing of this Motion is necessary to preserve the Plaintiff's right to recover specific damages available under the New Jersey Tort Claims Act, including but not limited to:

1.     **All proven economic damages** (lost wages, lost financial aid, loss of educational investment); and

2.     **Non-economic damages (pain and suffering)** that arise from the permanent loss of a bodily function, permanent disfigurement, or dismemberment, as required by N.J.S.A. 59:9-2.

**PLEASE TAKE FURTHER NOTICE** that this Motion must be filed because the Notice of Claim filed on October 15, 2025, was outside the 90-day statutory window. While the one-year deadline to file this Motion has passed, Plaintiff asserts the circumstances of the case warrant a finding of **"exceptional**

2

**circumstances"** to overcome this procedural bar.

**Bryan Walters**

**October 17th 2025**

3

**SUMMONS**

Attorney(s) <u>Bryan Walters</u>

Office Address  <u>9411 Osprey Branch Trail</u>

Town, State, Zip Code <u>Jacksonville, FL 32257</u>

Telephone Number  <u>9048914840</u>

Attorney(s) for Plaintiff

Bryan Walters

      Plaintiff(s)

    vs.

State of New Jersey

      Defendant(s)

## Superior Court of New Jersey

<u>Union</u> ▼ County

<u>Civil</u>    Division

Docket No:

## CIVIL ACTION SUMMONS

From The State of New Jersey To The Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov.

          Clerk of the Superior Court

DATED:

Name of Defendant to Be Served: <u>State of New Jersey</u>

Address of Defendant to Be Served:  <u>Richard J.Hughes Justice Complex, 25 Market Street,Trenton, NJ08611</u>

Revised 11/17/2014, CN 10792-English (Appendix XII-A)